

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 14, 2017

**BY HAND**
The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Moises Polanco-Gonzalez,*
            17 Cr. 688 ( )

Dear Judge Fox:

    On or about November 8, 2017, Defendant Moises Polanco-Gonzalez was charged in the 17 Cr. 688 indictment, and an arrest warrant was subsequently issued for the defendant. The Government hereby requests that Your Honor enter a limited unsealing order that would permit us to disclose the indictment and arrest warrant to others within the United States government as well as foreign officials for the limited purposes of enabling us to apprehend the defendant (who remains at large), to bring the defendant to the United States, and to further the existing prosecution and investigation.

    The Government also hereby requests that Your Honor issue an order directing the Clerk's Office to provide three certified copies of the 17 Cr. 688 indictment and three certified copies of the arrest warrant for Moises Polanco-Gonzalez for purposes of extraditing the defendant to the United States

                                                 Respectfully submitted,

                                                 JOON H. KIM
                                                 Acting United States Attorney

                         By:   _____
                                    Andrew K. Chan
                                   Assistant United States Attorney
                                   (212) 637-1072

SO ORDERED: 11/14/17

_____
The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York