**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :          17 CR 688(VM)
         -against-                :            ORDER
                                  :
MOISES POLANCO-GONZALEZ,          :
                                  :
                     Defendant.   :
---------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 4, 2021

**VICTOR MARRERO, U.S.D.J.:**

The status conference scheduled for March 5, 2021 is hereby adjourned to March 19, 2021 at 11:30 a.m. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

Both the Government and counsel for the defendant consent to an exclusion of the adjourned time from the Speedy Trial Act to March 19, 2021. It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         4 March 2021

_____
Victor Marrero
U.S.D.J.