**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,        :
                                 :
                                 :         17 CR 688(VM)
        -against-                :         ORDER
                                 :
MOISES POLANCO-GONZALEZ,         :
                                 :
                Defendant.       :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The status conference scheduled for March 19, 2021 at 11:30 am is hereby rescheduled to March 19, 2021 at 12:00 p.m. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         9 March 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 9, 2021