**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,  :
:
:          17 CR 688(VM)
    -against-      :          ORDER
:
MOISES POLANCO-GONZALEZ,   :
:
               Defendant.  :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The status conference scheduled for May 7, 2021 is hereby adjourned to June 25, 2021 at 12:00 p.m. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

    Counsel for the defendant consents to an exclusion of the adjourned time from the Speedy Trial Act to June 25, 2021. (See Dkt. No. 14.) It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
            28 April 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 28, 2021