```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 9, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :    **17 CR 688(VM)**
         -against-                 :    **ORDER**
                                   :
MOISES POLANCO-GONZALEZ,           :
                                   :
               Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The status conference scheduled for September 10, 2021 at 12:00 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         9 September 2021

_____
Victor Marrero
U.S.D.J.