UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

v.   17 Cr. 688 (VM)

MOISES POLANCO-GONZALEZ,   ORDER
    Defendant,
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 15, 2021

VICTOR MARRERO, United States District Judge:

    Defendant Moises Polanco-Gonzalez seeks to proceed with a change of plea proceeding via videoconference or teleconference instead of a personal appearance in court. In view of the ongoing pandemic, videoconferencing and teleconferencing have been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by videoconference or teleconference with a change of plea advances Mr. Polanco-Gonzalez's case and furthers justice without undue delay. *See* § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

    During the change of plea proceeding, the magistrate judge should allocute the defendant on his consent to proceed via videoconference or teleconference as previously stated by his counsel.

SO ORDERED:

Victor Marrero
U.S.D.J.

Dated:   New York, New York
              15 September 2021