USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                               :
UNITED STATES OF AMERICA      :
                                               :        <u>ORDER</u>
    - v. -                              :
                                               :        17 Cr. 688 (VM)
MOISES POLANCO-GONZALEZ,      :
                                               :
                 Defendant.    :
                                               :
- - - - - - - - - - - - - - - - - -x

        WHEREAS, with the consent of the defendant, MOISES POLANCO-GONZALEZ, his guilty plea allocution was taken before a United States Magistrate Judge on September 20, 2021; and

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         09/24/2021
       _____

                                              _____
                                                Victor Marrero
                                                  U.S.D.J.