USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/24/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------X

UNITED STATES OF AMERICA, : **17 CR 688 (VM)**

-against- :

**ORDER**

MOISES POLANCO-GONZALEZ,

Defendant. :

----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be scheduled for Friday, January 7, 2022 at 10:30 a.m.

**SO ORDERED:**

Dated: New York, New York
24 September 2021

Victor Marrero
U.S.D.J.