```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :      17 Crim. 688 (VM)
                                         :
     - against -                         :         ORDER
                                         :
MOISES POLANCO-GONZALEZ,                 :
                                         :
                    Defendant.           :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2021

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health crisis, the sentencing of the above-named defendant before the Honorable Victor Marrero on Friday, January 7, 2022 at 10:30 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         December 28, 2021

Victor Marrero
U.S.D.J.