MEMBER NY, NJ & D.C. BAR



# LUIS O. DIAZ, ESQ. PLLC

### ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900

LODIAZLAW@GMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/29/2021

> **Request GRANTED.**
>
> The sentencing of Moises Polanco-Gonzales is adjourned until March 4, 2022 at 2:30 p.m.
> At the request of counsel, the Clerk of the Court is respectfully ordered to delete docket entry 29.
>
> **SO ORDERED.**
>
> 12/29/2021
> _____                              _____
> DATE                                          VICTOR MARRERO, U.S.D.J.

**Via ECF**
Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Moises Polanco-Gonzales**
    **Case No. 17 Cr. 688 (VM)**

Dear Judge Marrero:

        I am writing in connection with the above-captioned matter which is scheduled for Sentencing before Your Honor on January 7, 2022, at 10:30 AM. Counsel needs additional time to investigate issues relevant to Defendants sentencing and finalize Defendant's sentencing memorandum.

        Counsel has communicated with Assistant United States Attorney's Sebastian Swett and Andrew Chan via email to advise of Defendant's sentencing adjournment request. However, Counsel's email was returned as both AUSA Swett and AUSA Chan are out of the office until January 3, 2022 and December 30, 2021, respectively. Counsel respectfully requests a 60-day adjournment of sentencing until March 4, 2022 or March 11, 2022.

        Thank you for Your Honor's consideration in this matter.

                                        Respectfully submitted,

                                        Luis O. Diaz, Esq.

Cc: Sebastian Swett, Assistant United States Attorney (Via ECF)
    Andrew Chan, Assistant United States Attorney (Via ECF)