USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA,               :
                  Plaintiff,            :    17 Crim. 688 (VM)
                                        :
     - against -                        :         ORDER
                                        :
MOISES POLANCO-GONZALEZ,                :
                                        :
                  Defendant.            :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled for March 4, 2022, is adjourned until Friday, May 6, 2022 at 10:00 a.m.

**SO ORDERED.**

Dated:   New York, New York
         February 22, 2022

_____
Victor Marrero
U.S.D.J.