**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :     **17 CR 688 (VM)**
                                   :
MOISES POLANCO-GONZALEZ,           :     <u>**ORDER**</u>
                                   :
                Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of the above-named defendant is hereby adjourned from May 6, 2022 until June 9, 2022 at 12:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
         28 April 2022

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2022